**UNITED STATES BANKRUPTCY COURT**

NORTHERN   **DISTRICT OF** ILLINOIS

EASTERN DIVISION

In re:   TONETTA R. OLIVER          §   Case No. 14-30833
                                    §          Hon. CAROL A. DOYLE
                                    §          Chapter 7
                                    §
                                    §
          Debtor(s)

---

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that
ALLAN J. DeMARS _____ , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications, which are
summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at
the Office of the Clerk, at the following address:

219 S. Dearborn  Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the
Final Report, must file a written objection within ____21 days from the mailing of this notice, serve a
copy of the objections upon the trustee, any party whose application is being challenged and the United
States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held
at 10:30am____ on 03/18/2015____ in Courtroom 742_____ , Dirksen Federal Building_____ Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed: _____          By: Clerk U. S. Bankruptcy Court _____
                                               (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603


UST Form 101-7-NFR (10/1/2010)

## UNITED STATES BANKRUPTCY COURT
NORTHERN   **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re:   TONETTA R. OLIVER                         §   Case No. 14-30833
                                                  §            Hon. CAROL A. DOYLE
                                                  §            Chapter 7
                                                  §
                        Debtor(s)

---

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $5,000.00 |
| *and approved disbursements of* | $65.01 |
| *leaving a balance on hand of* [1] | $4,934.99 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $4,934.99 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees* ALLAN J. DeMARS | $1,250.00 | $0.00 | $1,250.00 |
| *Trustee, Expenses* ALLAN J. DeMARS | $8.60 | $0.00 | $8.60 |
| *Attorney for Trustee, Fees* ALLAN J. DeMARS | $900.00 | $0.00 | $900.00 |
| *Attorney for Trustee, Expenses* ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,   U.S. Bankruptcy Court*

*Fees, United States Trustee*

　　　Other

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $2,158.60 |
| Remaining balance: | $2,776.39 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for                    , Fees* | | | |
| *Attorney for                    , Expenses* | | | |
| *Accountant for                    , Fees* | | | |
| *Accountant for                    , Expenses* | | | |
| Other | | | |

|  |  |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,776.39 |

　　　In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $2,776.39 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling __$5,150.57__ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be __53.9__ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP agent for Midland Funding | $1,962.42 | $0.00 | $1,057.83 |
| 2 | Resurgent Capital Services | $1,865.12 | $0.00 | $1,005.39 |
| 3 | Capital One NA | $1,323.03 | $0.00 | $713.17 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $2,776.39 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling __$0.00__ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be __0__ percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | | $0.00 |
| Remaining balance: | | $0.00 |

Prepared By:  /s/ ALLAN J. DeMARS

Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Tonetta R Oliver                                                        Case No. 14-30833-CAD
         Debtor                                                        Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers              Page 1 of 1            Date Rcvd: Feb 23, 2015
                              Form ID: pdf006           Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2015.
db          #+Tonetta R Oliver,    2020 W 75th Place,   Chicago, IL 60620-5701
22805502      Capital One, N.A.,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
22309832     +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
22309838     +PNC Mortgage,   3232 Newark Dr,   Miamisburg, OH 45342-5433
22309840    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,   Attn: Bankruptcy,   Po Box 41067,
                Norfolk, VA 23541)
22309837     +Peoples Gas,   Attention: Bankruptcy Department,   130 E. Randolph 17th Floor,
                Chicago, IL 60601-6207
22309839     +Portfolio America Asse,   3535 Piedmont Rd Ne Ste,   Atlanta, GA 30305-1518
22309841     +Sears/cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
22309842     +Security Credit Servic,   Po Box 1156,   Oxford, MS 38655-1156
22881503      Synchrony Bank,   c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
22309843     +Toyota Motor Credit,   1111 W 22nd St Ste 420,   Oak Brook, IL 60523-1959

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22505053      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 24 2015 01:56:39
                American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                Oklahoma City, OK  73126-8941
22309833     +E-mail/Text: asaravia@dsgcollect.com Feb 24 2015 01:59:29     Dsg Collect,
                1824 W Grand Ave Ste 200,   Chicago, IL 60622-6721
22309834     +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 24 2015 01:58:48     Kohls/capone,
                Po Box 3115,   Milwaukee, WI 53201-3115
22779995      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 24 2015 01:56:23
                LVNV Funding, LLC its successors and assigns as,   assignee of Capital One, N.A.,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
22309835     +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 24 2015 01:56:23     Lvnv Funding Llc,
                Po Box 10497,   Greenville, SC 29603-0497
22309836     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 24 2015 01:59:36     Midland Funding,
                8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
                                                                              TOTAL: 6


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2015                                    Signature:   /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2015 at the address(es) listed below:
          Allan J DeMars    alland1023@aol.com
          Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
          Ernesto D Borges   on behalf of Debtor Tonetta R Oliver notice@billbusters.com,
           billbusters@bestclientinc.com;BorgesLawOffices@gmail.com;BillBusters@ecf.inforuptcy.com
          Jose G Moreno   on behalf of Creditor   FEDERAL HOME LOAN MORTGAGE CORPORATION
           nd-one@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 5