# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: TONETTA R. OLIVER § Case No. 14-30833
§ Hon. CAROL A. DOYLE
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $50.00 | Assets Exempt: | $4,881.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,776.39 | Claims Discharged Without Payment: | $133,970.18 |
| Total Expenses of Administration: | $2,223.61 | | |

3) Total gross receipts of $5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $1,069.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,223.61 | $2,223.61 | $2,223.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $130,527.00 | $5,150.57 | $5,150.57 | $2,776.39 |
| **TOTAL DISBURSEMENTS** | $131,596.00 | $7,374.18 | $7,374.18 | $5,000.00 |

4) This case was originally filed under chapter  7  on 08/21/2014 .

The case was pending for     8   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/09/2015                              By: /s/ ALLAN J. DeMARS
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| right, title and interest in vehicle | 1129-000 | $5,000.00 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $5,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Toyota Motor Credit | 4210-000 | $1,069.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $1,069.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo | 2600-000 | N/A | $65.01 | $65.01 | $65.01 |
| Allan J. DeMars | 2100-000 | N/A | $1,250.00 | $1,250.00 | $1,250.00 |
| Allan J. DeMars | 2200-000 | N/A | $8.60 | $8.60 | $8.60 |
| Allan J. DeMars | 3110-000 | N/A | $900.00 | $900.00 | $900.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,223.61 | $2,223.61 | $2,223.61 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource agent for Midland Funding | 7100-000 | $2,258.00 | $1,962.42 | $1,962.42 | $1,057.83 |
| 2 | LVNV Funding, assignee | 7100-000 | $1,865.00 | $1,865.12 | $1,865.12 | $1,005.39 |
| 3 | Capital One, NA | 7100-900 | $1,323.00 | $1,323.03 | $1,323.03 | $713.17 |
| | 7 scheduled with no claim | 7100-900 | $31,689.00 | $0.00 | $0.00 | $0.00 |
| | 19 scheduled with no claim | 7100-000 | $93,392.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $130,527.00 | $5,150.57 | $5,150.57 | $2,776.39 |

**EXHIBIT "A" - FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No. 14-30833  
Case Name: TONETTA R. OLIVER  
For Period Ending: 3/15/15

Trustee Name: Allan J. DeMars  
Date Filed (f) or Converted (c): 8/21/14 (F)  
§341(a) Meeting Date: 10/8/14  
Claims Bar Date: 1/9/15; GOVT 2/17/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  credit union chk acct | 0.00 | 0.00 | | | FA |
| 2  household goods | 1,400.00 | 0.00 | | | FA |
| 3  books, tapes | 100.00 | 0.00 | | | FA |
| 4  clothing | 800.00 | 0.00 | | | FA |
| 5  costume jewelry | 100.00 | 0.00 | | | FA |
| 6  term life insurance | 0.00 | 0.00 | | | FA |
| 7  2009 Toyota Highlander | 5,950.00 | 5,000.00 | | 5,000.00 | FA |

TOTALS (Excluding unknown values)     5,000.00     5,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing: Sale of right, title and interest in vehicle back to debtor

**EXHIBIT "A" - FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 14-30833  
Case Name: TONETTA R. OLIVER  
Taxpayer ID#: XX-XXX7981  
For Period Ending: 3/31/15  

Trustee's Name: Allan J. DeMars  
Bank Name: Wells Fargo  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: XXXXXX7177  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking acct balance |
| 10/21/14 | Ref 7 | from debtor | partial payment for right, title and interest in 2009 Toyota Highlander | 1129-000 | 4,000.00 | | 4,000.00 |
| 11/19/14 | Ref 7 | from debtor | partial payment for right, title and interest in 2009 Toyota Highlander | 1129-000 | 1,000.00 | | 5,000.00 |
| 11/30/14 | | Wells Fargo | check printing and bank service fees | 1226-000 | | 55.01 | 4,944.99 |
| 12/31/14 | | Wells Fargo | bank service fee | 1226-000 | | 5.00 | 4,939.99 |
| 1/31/15 | | Wells Fargo | bank service fee | 1226-000 | | 5.00 | 4,934.99 |
| 3/18/15 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,250.00 | 3,684.99 |
| 3/18/15 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 8.60 | 3,676.39 |
| 3/18/15 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 900.00 | 2,776.39 |
| 3/18/15 | Check 1004 | American InfoSource LP, agent for Midland Funding | 726(a)(2) | 7100-000 | | 1,057.83 | 1,718.56 |
| 3/18/15 | Check 1005 | LVNV Funding, LLC assignee of Capital One (Resurgent Capital Services) | 726(a)(2) | 7100-000 | | 1,005.39 | 713.17 |
| 3/18/15 | Check 1006 | Capital One, NA | 726(a)(2) | 7100-900 | | 713.17 | 0.00 |
| | | | COLUMN TOTALS | | 5,000.00 | 5,000.00 | 0.00 |

Less: Bank transfers/CD

|  | Subtotal | | |
|---|---|---|---|
| Less: Payments to debtor(s) | | | |
| Net | 5,000.00 | 5,000.00 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| Checking# XXXXXX7177 | 5,000.00 | 5,000.00 | 0.00 |
| Net | 5,000.00 | 5,000.00 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |